# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **COUNSEL ONLY** |
| v. | **STATUS/SCHEDULING CONFERENCE** |
| **LI XING, ET AL** | CASE NUMBER **25-CR-8** |

| | |
|---|---|
| HONORABLE STEPHEN C. DRIES, presiding | Court Reporter: Zoom Audio |
| Deputy Clerk: Katina Hubacz | Hearing Began: <u>10:00 AM</u> |
| Hearing Held: February 28, 2025 at 10:00 AM | Hearing Ended: <u>10:06 AM</u> |

**Appearances:**
UNITED STATES OF AMERICA by: Katherine Halopka-Ivery
DEFENDANT(S): NOT PRESENT
DEFENSE ATTORNEY(S): SEE ATTACHED LIST

- ☑ Case designated complex
- ☑ Counsel Only Status/Scheduling Conference set for: **April 25, 2025 at 9:00 AM via Zoom Audio**
- ☑ Court makes a Speedy Trial Finding. The time from today until April 25, 2025 is excluded under the Speedy Trial Act

GOVT:

- Matter has been designated complex
- Provides status of remaining Defts who have not appeared: Xing is in state custody, Huang appeared in NY, Thornton appeared in FL, last remaining Deft is in the process of turning himself in
- Hoping to have everyone appear in March
- Plan to file a protective order
- First round of discovery is anticipated in about 30 days and will communicate to defense counsel how big of a drive is needed
- Suggest another status in 60 days

DEFENSE (ULLER):

- Have not spoken to other defense counsel yet
- No objection to putting matter out 60 days
- All defense counsel agree 60 days makes sense

COURT:

- Sets another status in 60 days and makes a Speedy Trial finding

25-CR-8
XING, et al.
Counsel Only Status/Scheduling Conference
February 28, 2025 at 10:00 AM

| Defendant | Attorney |
|---|---|
| LI XING | A&P set for 3/26/2025 |
| KAIYU HUANG | Appeared in NY |
| SHAWN M. SENTER | Nicole Masnica |
| JASON A. WNUK | Craig S. Powell |
| KEVIN M. EISENHAUER | Leah R. Thomas |
| SHELTON K. THORNTON | Appeared in FL |
| SKYLAR V. TRUMBO | Joshua Uller |
| JOHN W. PERRY | John S. Schiro |
| ADHAM B. BLANDIN | No appearance made yet |