UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               Case No. 22-CR-08

JASON A. WNUK,

    Defendant.

---

## MOTION FOR LEAVE TO DISMISS INDICTMENT

---

The United States of America by and through its attorneys, Richard G. Frohling, Acting United States Attorney, and Katherine Halopka-Ivery, Assistant United States Attorneys, hereby seeks leave of the Court to dismiss the indictment in the above-captioned case as to defendant Jason A. Wnuk, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Defendant Wnuk passed away on March 5, 2025, which was confirmed by law enforcement.

Respectfully submitted this 24th day of April, 2025.

                Respectfully submitted,

                RICHARD G. FROHLING
                Acting United States Attorney

By:    */s/ Katherine M. Halopka-Ivery*
        KATHERINE M. HALOPKA-IVERY
        Assistant United States Attorney
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 E. Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin 53202
        Telephone: (414) 297-1700
        Email: katherine.halopka-ivery@usdoj.gov