# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON A. WNUK, <br><br> Defendant. | Case No. 25-CR-8-4-JPS <br><br><br> **ORDER** |

      The Government moves for leave to dismiss the indictment as to Defendant Jason A. Wnuk ("Wnuk"). ECF No. 64. In the motion, the Government informs the Court that Wnuk is deceased as of March 5, 2025. *Id.* Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court grants the motion and will give the Government leave to dismiss the indictment as to Wnuk. *See* Fed. R. Crim. P. 48(a).

      Accordingly,

      **IT IS ORDERED** that the Government's motion for leave to dismiss, ECF No. 64, be and the same is hereby **GRANTED**; and

      **IT IS FURTHER ORDERED** that the Government has leave to dismiss the indictment as to Defendant Jason A. Wnuk.

      Dated at Milwaukee, Wisconsin, this 7th day of May, 2025.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge